(Rev. 5/1/13)

RECEIVED
APR 08 2016
Legal Programs Department

SCANNED at LSP and Emailed
4/8/16   by CM   . 4   pages
date        initials   No.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ANTIONE THOMPSON            Civil Action No. 1:16CV0322   SEC. P

Plaintiff

Prisoner # 355150

VS.                                Judge DRELL

ERIC MCFARLAND ET AL            Magistrate Judge PEREZ-MONTES

Defendant

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

I.   **Previous Lawsuits**

   a.   Have you begun any other lawsuit while incarcerated or detained in any facility?

        Yes [ ]     No [✓]

   b.   If your answer to the preceding question is "Yes," provide the following information.

        1.   State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

             N/A

        2.   Name the parties to the previous lawsuit(s):

             Plaintiffs: N/A

             Defendants: N/A

        3.   Docket number(s):  N/A

        4.   Date(s) on which each lawsuit was filed:  N/A

        5.   Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

             N/A

*(Rev. 5/1/13)*

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes ☐  No ☑

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

N/A

II. a. Name of institution and address of current place of confinement:

Louisiana State Penitentiary, Angola, Louisiana

b. Is there a prison grievance procedure in this institution?

Yes ☑  No ☐

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ☐  No ☑

2. If you did not file an administrative grievance, explain why you have not done so.

Plaintiff underwent medical treatment of a severe beating by defendant and was physically impaired from filing.

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

N/A

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. Parties to Current Lawsuit:

a. Plaintiff, ANTIONE THOMPSON

Address LOUISIANA STATE PENITENTIARY ANGOLA LA 70712

*(Rev. 5/1/13)*

b. Defendant, **Eric McFarland**, is employed as **Major** at **Winn Correctional Center**

Defendant, _____, is employed as _____ at _____.

Defendant, _____, is employed as _____ at _____.

Additional defendants, **Joe Chatman is employed as A Major. Courtney Adams, employed as A Correctional officer.**

### IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

At approximately 4:30 p.m., while plaintiff was still in handcuff in shower, Defendant McFarland punched plaintiff on his right ear with a close fist. Defendant McFarland also punched plaintiff on other parts of his body. The impact of Defendant McFarland's punches cut plaintiff right ear in half. The impact and injuries to plaintiff's right ear caused deafness. Plaintiff was taken to a hospital in Alexandria, Louisiana, where the doctors performed emergency (plastic) surgery to plaintiff's right ear. Major Joe Chatman and c/o Courtney Adams were present in the shower area while Defendant McFarland was repeatedly punching plaintiff. Major Chatman and c/o Adams did nothing to intervene and stop Defendant McFarland from using excessive force and inflicting injuries to plaintiff's right ear.

*(Rev. 5/1/13)*

V. **Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

Grant compensatory damages in the following amount. 2,000,000 against Defendant Eric McFarland. 5,000 against Defendant Joe Chatman and 5,000 against Defendant Courtney Adams. Grant punitive damages of 10,000 against each of the defendants. Grant such other relief as it may appear Plaintiff is entitled.

VI. **Plaintiff's Declaration**

    a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

    b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

    c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this **25** day of **March**, 20**16**.

355150                                *Antione Thompson*

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**      **Signature of Plaintiff**