UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| ANTOINE THOMPSON | : | CIVIL ACTION: 1:16-CV- 322 |
| *Plaintiff* | : | |
| | : | |
| VERSUS | : | |
| | : | MAG. JUDGE PEREZ MONTIES |
| | : | |
| ERIC MCFARLAND, ET AL. | : | CHIEF JUDGE DRELL |
| | : | |
| | : | |
| FILED:_____ | : | CLERK / DEPUTY OF COURT |

## MOTION TO AMEND ORIGINAL COMPLAINT

NOW INTO COURT comes Plaintiff, Antoine Thompson, respectfully moving this Honorable Court for permission to amend his original complaint for the following reasons:

### FACTS

Defendant McFarland placed handcuff on plaintiff wrist and began walking him to cypress unit. As defendant Mcfarland walked plaintiff to cypress unit he began slamming plaintiff against the wall violently. When plaintiff arrived on cypress unit at approximately 4:30 p. m., plaintiff was placed in the A-1 shower at which time plaintiff informed defendant Mcfarland that he was going to file an A.R.P. Because he slammed

1

me against the wall while escorting me to cypress unit and defendant McFarland punched plaintiff on his right ear with a closed fist and told plaintiff that he would kill him if he filed an A.R.P.

## AMENDMENT TO CLAIMS

### AMENDMENT TO FIRST CAUSE OF ACTION

**AMENDMENT TO 12:**

The actions of defendant Eric McFarland stated in the above violated plaintiff's right to freedom of speech and filing a grievance and constitutes retaliation in violation of the First and Fourteenth Amendment.

**AMENDMENT TO 13:**

The actions of defendant Eric McFarland stated in the above also denied plaintiff due process of law in violation of the Fourteenth Amendment of the United States Constitution.

## RELIEF

WHEREFORE, the relief sought in plaintiff's original complaint is adopted here in this Motion to Amend.

Respectfully submitted on this 31, day of 1 2017.

*Antione Thompson*
Antione Thompson #355150
General Delivery
Louisiana State Penitentiary
Angola, LA 70712

2

## CERTIFICATE OF SERVICE

I, Antione Thompson, certify that a copy of the above and forgoing Motion to Amend has been served upon plaintiff by giving same to the Unit Classification officer to be mailed according to the Louisiana State Penitentiary posted policy for handling indigent legal mail.

Done this 31 day of 1, 2017

Respectfully Submitted,

*Antione Thompson*

Antione Thompson #355150

cc. USDC/Middle District of Louisiana

TUNDE M. ANIMASHAUN
BARROLL# 19287
LOUISIANA DEPARTMENT OF JUSTICE
LITIGATION DIVISION
1885 N. 3rd St.—Third Floor
P.O. Box 94005
Baton Rouge, LA 70804-9005

file

1-22-2017

CLERK OF COURT OFFICE
UNITED STATES DSITRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION
515 MURRAY ST.
P.O. BOX 1269
Alexandria, Louisiana, 71309

RECEIVED
FEB 06 2017
Legal Programs Department

SCANNED at LSP and Emailed
2/8/17 by CM . 7 pages
date    initials    No.

Ref: Thompson v. Mcfarland, Et Al,
   Civil Action: 1-16-CV-322

Dear Clerk:

    Enclose, you will find a Motion to Amend Original Complaint and Plaintiff's First Request For Production of Documents to be presented to Mag. Perez- Montes for consideration in the above reference matter.

    Please advise plaintiff Thompson of any change in the status of this case. Thank you for your time and assistance in this case.

Your truly, Antione Thompson

Antoine Thompson #355150
General Delivery
Louisiana State Penitentiary
Angola, Louisiana, 70712